UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ROLANDO SANTI,

                              Plaintiff,                17-CV-4129 (GBD)(SN)

       -against-                                   **ORDER**

THE CITY OF NEW YORK, et al.,

                              Defendants.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        During the conference on May 24, 2018, the plaintiff informed the Court that he received a copy of the May 8, 2018 Report and Recommendation earlier this week and needs additional time to consider whether he will file any objections. Accordingly, the plaintiff's request for an extension to the deadline for objecting to the Report and Recommendation is GRANTED. The plaintiff may file any objections to the May 8, 2018 Report and Recommendation no later than June 7, 2018.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:      May 25, 2018
                New York, New York

cc:          Rolando Santi (*by Chambers*)
             DIN No. 17-R-1812
             Dorm: K-1-57b
             Groveland Correctional Facility
             P.O. Box 50
             Sonyea, NY 14556-0050